No. 3079.—El Pueblo, apdo., *v.* Plata, aplte.—C. D. Ponce. Enero 28, 1927. Por cuanto el apelante solicitó en la corte inferior el 24 de noviembre último que el taquígrafo hiciera gratis la transcripción de la evidencia por ser insolvente el apelante y la corte así lo dispuso en igual fecha, concediendo al taquígrafo veinte días para radicarla. Por cuanto el 20 de diciembre el secretario de dicha corte remitió a este Tribunal Supremo la certificación del legajo de la sentencia sin transcripción de la evidencia. Por cuanto después de hacer el apelante referencia a los hechos anteriormente consignados, que aparecen de los autos, nos pide que le prorroguemos el término para su alegato hasta que la transcripción de la evidencia sea presentada. Por tanto se concede al apelante el término de veinte días para que acredite ante nosotros que la corte inferior prorrogó al taquígrafo los veinte días que le concedió para hacer la transcripción de la evidencia y que no está vencida dicha prórroga o prórrogas o que la transcripción fué presentada en tiempo y está pendiente de aprobación por la corte inferior, quedando mientras tanto en suspenso el término para presentar su alegato.

No. 247.—Añeses et al., peticionarios. *v.* Consejo Ejecutivo de Puerto Rico, demandado. *Mandamus.* Enero 28, 1927. No estando convencida aún la corte de que las razones alegadas hagan necesaria su intervención en este caso prescindiendo de la de la corte de distrito competente, *no ha lugar* a expedir el auto.